UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RALPH COUNTRYMAN, | ) | 3:12-CV-0253-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| ACCESS SECUREPAK KEEFE COMMISSARY NETWORK, LLC, | ) | |
| Defendant. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's application for leave to proceed *in forma pauperis* was granted (#5). Based upon the financial certificate attached to his application, he was ordered to pay an initial installment of the filing fee in the amount of $14.81. *Id.* Plaintiff is now requesting that this court waive the initial installment of the filing fee (#6) because he is already burdened by paying filing fees for other cases. Plaintiff's request (#6) is **DENIED**.

28 U.S.C. § 1915(b)(1) requires the court to "assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent . . . ." The plaintiff, by signing the financial certificate, acknowledged his understanding that "before he will be allowed to proceed with an action [he] will be required be to pay 20% of [his] average monthly balance, or the average monthly deposits to his account, whichever is greater . . . ." (#1).

On or before **Friday, November 16, 2012**, plaintiff must pay an initial installment of the filing fee in the amount of $14.81. Plaintiff's failure to do so may result in the immediate dismissal of this action.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
              Deputy Clerk