1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                                * * * * *

9  RALPH COUNTRYMAN,            )
                                 )
10            Plaintiff,         )    3:12-cv-00253-LRH-VPC
                                 )
11  v.                           )
                                 )    O R D E R
12  ACCESS SECUREPAK KEEFE       )
    COMMISSARY/NETWORK, LLC,     )
13                               )
              Defendant.         )
14  _____    )

15    Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P.

16 Cooke (#9[1]) entered on November 2, 2012, recommending dismissing Plaintiff's complaint (#1-1) with

17 prejudice. Plaintiff filed his Opposition to Magistrate Judge's Report and Recommendation (#12) on

18 December 5, 2012. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)

19 and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of

20 Nevada.

21    The Court has conducted its *de novo* review in this case, has fully considered the objections of

22 the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant

23 to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate

24 Judge's Report and Recommendation (#9) entered on November 2, 2012, should be adopted and

25 _____

26    [1]Refers to court's docket number.

accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#9) entered on November 2, 2012, is adopted and accepted, and Plaintiff's complaint (#1-1) is **DISMISSED with prejudice**.

IT IS SO ORDERED.

DATED this 28th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2