UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RALPH COUNTRYMAN, ) | |
| ) | |
| Plaintiff, ) | 3:12-cv-00253-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| ACCESS SECUREPAK KEEFE ) | |
| COMMISSARY/NETWORK, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#9[1]) entered on November 2, 2012, recommending dismissing Plaintiff's complaint (#1-1) with prejudice. Plaintiff filed his Opposition to Magistrate Judge's Report and Recommendation (#12) on December 5, 2012. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#9) entered on November 2, 2012, should be adopted and

---

[1]Refers to court's docket number.

accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#9) entered on November 2, 2012, is adopted and accepted, and Plaintiff's complaint (#1-1) is **DISMISSED with prejudice**.

IT IS SO ORDERED.

DATED this 28th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2